

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-20-00309-CV

**PLANET HOME LENDING, LLC**,
Appellant

v.

Ronnie **NUNN**, individually and as the trustee for the 9707 Discovery Land Trust,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22807
Honorable Martha Tanner, Judge Presiding

# O R D E R

On August 6, 2020, we granted appellant's unopposed motion stay this appeal and refer this case to mediation. On October 1, 2020, appellant filed (1) a letter advising this court that mediation resulted in an impasse, and (2) a motion for extension of time to file its brief.

The mediation stay is LIFTED and this appeal is REINSTATED on the court's docket. Appellant's motion for extension of time to file its brief is GRANTED. Appellant's brief is due on or before **November 12, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court